AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THOMAS H. KANE

CASE NUMBER: 13 cv 8053

V.

ASSIGNED JUDGE: George Marovich

Bank of American National Association and
Wells Fargo Bank, N.A.

DESIGNATED
MAGISTRATE JUDGE: Young Kim

TO: (Name and address of Defendant)

Bank of America, National Association, 135 S. LaSalle, Chicago, IL
Wells Fargo Bank, N.A., 80 W. Harrison, Chicago, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Erica Crohn Minchella, Minchella & Associates, Ltd. 7538 St. Louis Ave., Skokie, IL
60067

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 18, 2013 |
| NAME OF SERVER (PRINT) Richard L. Hogan | TITLE Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __135 S LaSalle, Chicago, IL__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Served on Novan Makapedua, Manager, Bank of America__

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __November 18, 2013__      _[Signature]_
               Date                    Signature of Server

__4970 N Marine Dr, Unit 824, Chicago, IL 60640__
Address of Server

_Tina R. Hogan_

OFFICIAL SEAL
TINA R HOGAN
Notary Public – State of Illinois
My Commission Expires August 19, 2017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.