| | | |
|---|---|---|
| THOMAS H. KANE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 1:13-CV-08053 |
| | ) | |
| BANK OF AMERICA, NATIONAL | ) | Hon. Gary Feinerman |
| ASSOCIATION; WELLS FARGO BANK, | ) | |
| N.A., d/b/a Wells Fargo Home Mortgage, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR JUDGMENT BASED ON *RES JUDICATA*

Defendants Bank of America, National Association ("BANA") and Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage ("Wells Fargo"), by their counsel, respectfully submit this memorandum of law in support of their motion for judgment pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants state as follows:

1.      Kane's claims in this action are premised on the same set of alleged facts that formed the basis of his defense in a state court foreclosure action, *Bank of America, N.A. v. Thomas H. Kane, et al.*, No. 2011-CH-11338, in the Circuit Court of Cook County, Illinois.

2.      On June 2, 2016, the state court in the foreclosure action struck Kane's affirmative defenses with prejudice.

3.      On December 15, 2016, the state court granted judgment of foreclosure in favor of BANA and against Kane, over Kane's objections based on the same set of alleged facts underlying his claims in this federal action. The foreclosure judgment set forth the amount the court found to be due to BANA under Kane's mortgage loan and fully disposed of "the interests of all defendants" in the foreclosure action.

4.      On June 14, 2017, the state court dismissed the foreclosure action with prejudice, finding that "all amounts due under the subject loan have been paid off in full."

5.      Upon dismissal of the foreclosure action with prejudice, the state court's judgment of foreclosure became a final and appealable order.

6.      As a result of the final orders entered in the state court foreclosure action, Plaintiff's claims are barred by the doctrine of *res judicata*

WHEREFORE, for these reasons and the additional reasons set forth in the accompanying Memorandum of Law in Support, Defendants, by their counsel, hereby move for judgment in their favor.

Dated:  August 24, 2017                    Respectfully submitted,

                                           By:  /s/  Tyler D. Alfermann

                                           Lucia Nale
                                           Michelle V. Dohra
                                           Tyler D. Alfermann
                                           MAYER BROWN LLP
                                           71 South Wacker Drive
                                           Chicago, Illinois  60606
                                           (312) 782-0600 (tel)
                                           (312) 701-7711 (fax)
                                           lnale@mayerbrown.com
                                           mdohra@mayerbrown.com
                                           talfermann@mayerbrown.com

                                           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Tyler D. Alfermann, an attorney, hereby certify that on August 24, 2017, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR JUDGMENT BASED ON *RES JUDICATA*** to be filed and served electronically via the court's CM/ECF system.

/s/  Tyler D. Alfermann

Tyler D. Alfermann
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone:  (312) 701-8189
Fax:  (312) 701-7711
E-mail:  talfermann@mayerbrown.com